IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JASON DEON PALTON
ADC #095164                                                              PLAINTIFF

V.                    CASE NO. 5:19-CV-51-DPM-BD

JAMES GIBSON, *et al*.                                                   DEFENDANTS

# ORDER

Plaintiff Jason Deon Palton, who is incarcerated at the Varner Unit of the Arkansas Department of Correction (ADC), filed this case without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #2) Because of deficiencies in the complaint, the Court gave Mr. Palton an opportunity to file an amended complaint that addressed those deficiencies. (#5) He has now filed his amended complaint. (#6)

In his amended complaint, Mr. Palton requests that his claims against Defendant Carroll be dismissed. (#6, p. 1) That request is granted, and Mr. Palton's claims against Defendant Carroll are DISMISSED, without prejudice. The Clerk of the Court is directed to terminate Defendant Carroll as a party Defendant.

For screening purposes, Mr. Palton has stated retaliation claims against Defendants Gibson, Shipman, Washington, and Davis. (#2, #6) Accordingly, service is proper on these Defendants. The Clerk of Court is directed to prepare summonses for Defendants Gibson, Shipman, Washington, and Davis. The United States Marshal is directed to serve copies of the complaint, with any attachments (#2) and the amended complaint (#6), along with summonses for Defendants Gibson, Shipman, Washington,

and Davis, without requiring prepayment of fees and costs or security. Service Defendants Gibson, Shipman, Washington, and Davis should be through the Arkansas Department of Correction Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612.

IT IS SO ORDERED, this 19th day of March, 2019.

_____
UNITED STATES MAGISTRATE JUDGE