# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JASON DEON PALTON
ADC #095164                                                                PLAINTIFF

v.                          No. 5:19-cv-51-DPM-BD

JAMES GIBSON, Warden, Varner
Unit, ADC; JAMES SHIPMAN,
Deputy Warden, Varner Supermax,
ADC; F. WASHINGTON, Classification,
Varner Supermax, ADC; and REMONA S.
DAVIS, Corporal, Varner Supermax, ADC                  DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Deere's unopposed partial recommendation, № 29. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Palton's motions for summary judgment and for a temporary restraining order, № 24 & № 27, are denied without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 September 2019