IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JASON DEON PALTON
ADC #095164                                              PLAINTIFF

v.                        No. 5:19-cv-51-DPM

JAMES GIBSON, Warden, Varner
Unit, ADC;   JAMES SHIPMAN,
Deputy Warden, Varner Supermax,
ADC;   F. WASHINGTON, Classification,
Varner Supermax, ADC;   and REMONA S.
DAVIS, Corporal, Varner Supermax, ADC              DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Deere's unopposed recommendation, № 43. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, № 39, granted. Palton's amended complaint will be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 February 2020