IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JASON DEON PALTON
ADC #095164                                                              PLAINTIFF

v.                      No. 5:19-cv-51-DPM

JAMES GIBSON, Warden, Varner
Unit, ADC; JAMES SHIPMAN,
Deputy Warden, Varner Supermax,
ADC; F. WASHINGTON, Classification,
Varner Supermax, ADC; REMONA S.
DAVIS, Corporal, Varner Supermax, ADC;
and BRANDON C. CARROLL, Major,
Varner Supermax, ADC                           DEFENDANTS

## JUDGMENT

Palton's amended complaint will be dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 February 2020